IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY INC., <br><br> Plaintiff, <br><br> -vs- <br><br> CASEY CUMMINGS, PRINCIPAL PROPERTIES OF MONTANA, INC. a Montana Corporation, and TYLER D. GUNDERSON, WILLIAM L. MADISON, and W. LARRY MADISON, <br><br> Defendants. | Cause No. CV-15-59-JTJ <br><br> **ORDER OF DISMISSAL** |

The parties have stipulated to dismissal of this action pursuant to Rule 41(A)(ii), Federal Rules of Civil Procedure. FOR GOOD CAUSE SHOWING and based upon stipulation of counsel, this action is hereby dismissed, with all parties bearing their own costs.

Dated this 9th day of January, 2017.

John Johnston
United States Magistrate Judge

-1-